# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOAN ROLDAN,

          Plaintiff

   vs.

HOBBY LOBBY, INC. and DOES 1 through 20, inclusive,

          Defendants.

Case No: 8:18-cv-1317 AG (DFMx)

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 28, 2020

_____

Hon. Andrew J. Guilford
United States District Judge